IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-68-1BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROGER SHAWN NEDD. | ) | |
| | ) | |

Of its own initiative, the Court, with no objections from counsel of record, hereby **ORDERS** that the Scheduling Order in the above-captioned case be modified as follows: The defendant shall be allowed through and including November 17, 2010, to file any and all pretrial motions. The government shall have 14 days to respond to said motions. Finding good cause, the Court continues the arraignment and trial of this defendant until the December, 2010, term of court.

It is further ORDERED that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED this the 19 day of October, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE