UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Roger Shawn Nedd**                              **Docket No. 5:10-CR-68-1BO**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Roger Shawn Nedd, who, upon an earlier plea of guilty to Possession With Intent To Distribute a Quantity of Marijuana and Cocaine and Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on April 19, 2011, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Roger Shawn Nedd was released from custody on April 8, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 5, 2015, in Wake County, North Carolina, Nedd possessed approximately 27 counterfeit Visa debit gift cards and attempted to use one of these counterfeit gift cards to purchase perfumes from Belk. The defendant was subsequently charged with Possession of 5+ Counterfeit Instruments and Obtaining Property by False Pretense (15CR205280). Although these charges are still pending, the defendant admitted his involvement in the criminal conduct, and has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The government shall pay the costs of the home detention program.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Timothy L. Gupton |
| Michael C. Brittain | Timothy L. Gupton |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8686 |
| | Executed On: March 9, 2015 |

Roger Shawn Nedd
Docket No. 5:10-CR-68-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___9___ day of ___March___, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge